# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

DEC 13 2011

CLERK ... COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

ANDREE NAVARRETE,

                    Defendant.

CASE NO. 11CR5221-DMS

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

X   an indictment has been filed in another case against the defendant and
the Court has granted the motion of the Government for dismissal of
this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal,
without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of
acquittal; or

____  a jury has been waived, and the Court has found the defendant not
guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

X   of the offense(s) as charged in the Information:

21 USC 952, 960 AND 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/13/11

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE